CHARLES SCHASEL, Appellant, v. INTERNATIONAL RAIL-
WAY COMPANY, Respondent.

*Negligence — railroad — action to recover for personal injuries received
by being struck by a street car — when plaintiff guilty of contributory
negligence.*

Schasel v. *International Railway Co.*, 185 App. Div. 194, affirmed.
(Argued October 15, 1920; decided November 16, 1920.)

APPEAL from a judgment entered February 3, 1919,
upon an order of the Appellate Division of the Supreme
Court in the fourth judicial department, reversing a
judgment in favor of plaintiff entered upon a verdict
and directing a dismissal of the complaint in an action
to recover for personal injuries alleged to have been
sustained by plaintiff through the negligence of defend-
ant. Plaintiff was a passenger on one of defendant's
cars going south on Washington street in the city of
Buffalo. The car stopped at the near side of Mohawk
street which crosses Washington, the front of the car
being at the north crosswalk of Mohawk. He and a
companion alighted from the rear platform and stood
for a moment until the car proceeded and had moved
" something like thirty or forty feet," as he testified,
when he " looked up and down, saw everything was
clear, then went across." As he stepped on to the next
parallel track he was struck by a car going north which
he had not seen or heard. The Appellate Division held
that plaintiff was guilty of contributory negligence as
matter of law.

*Arthur R. Connolly* and *Vernon Cole* for appellant.
*Harold S. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, MCLAUGHLIN,
ANDREWS and ELKUS, JJ. Dissenting: HOGAN and
POUND, JJ.